# DEATH PENALTY

**JS-6**



FILED
CLERK, U.S. DISTRICT COURT

OCT - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BOYDE,<br>　　Petitioner,<br>　　v.<br>ROBERT L. AYERS, JR.,<br>　Warden of California<br>　State Prison at San Quentin,<br>　　Respondent. | CASE NO. CV 91-2522 GPS<br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the petition for writ of habeas corpus is **CONDITIONALLY GRANTED IN PART,** as follows:

The petition for writ of habeas corpus as to the sentence of death in the case of <u>People v. Richard Boyde</u>, Case No. CR18348 of the California Superior Court for the County of Riverside, is hereby **GRANTED.** The sentence of death shall be **VACATED.**

**IT IS FURTHER ORDERED** that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new penalty phase

///

/// cc: CAAG (California Attorney General's Office -
　　　Keith H. Borjon, L.A. Death Penalty Coordinator)

Death Penalty H/C (Law Clerks)

1 | trial, or vacate the death sentence and resentence Petitioner in accordance with
2 | California law and the United States Constitution.
3 | **IT IS SO ORDERED.**
4 |
5 | Dated: October 1, 2008

*[signature]*
_____
GEORGE P. SCHIAVELLI
United States District Judge

ON 10/2/08, I ROBERT BOLTON, telephoned ERIC MESSICK AT SAN QUENTIN PRISON AND KEITH BORJON AT THE ATTORNEY GENERAL OFFICE REGARDING JUDGMENT VACATING SENTENCE OF DEATH [ETC.], DATED 10/1/08. ADDITIONALLY, I SENT by facsimile a copy of this judgment to the WARDEN AT SAN QUENTIN PRISON.

10/2/08

2

Robert Bolton
Deputy clerk